IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHRISTOPHER LEE FOXWORTH, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 4:08-CV-105 (CDL) |
| Sheriff RALPH B. JOHNSON, MUSCOGEE COUNTY JAIL, et al., | * |
| | * |
| Defendants | * |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on February 26, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 25th day of March, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE